

**BY FAX**

1  Douglas H. Morseburg - State Bar No. 126205
   douglas.morseburg@usip.com
2  Jeffrey G. Sheldon - State Bar No. 67516
   jgsheldon@usip.com
3  SHELDON MAK & ANDERSON PC
   100 Corson Street, Third Floor
4  Pasadena, California  91103-3842
   Telephone:  626.796.4000
5  Facsimile:   626.795.6321

6  Attorneys for Plaintiff Printograph, Inc.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

                      WESTERN DIVISION
10

11 PRINTOGRAPH, INC., a California         Case No.:  CV11  0823 ODW (Ex)
   corporation,
12
                                           COMPLAINT OF PRINTOGRAPH,
13              Plaintiff,                  INC. FOR:

14        v.                               (1)   TRADEMARK
                                                 INFRINGEMENT;
15 BROOKS PALMER, an individual;
   PRINTINGINABOX.COM, a                   (2)   FALSE DESIGNATION OF
16 business entity form unknown; and             ORIGIN;
   DOES 1 through 10,
17                                         (3)   COMMON LAW
                                                 TRADEMARK
18              Defendants.                       INFRINGEMENT;

19                                         (4)   STATUTORY UNFAIR
                                                 COMPETITION;
20
                                           (5)   COMMON LAW UNFAIR
21                                               COMPETITION

22                                         REQUEST FOR JURY TRIAL

23

24 Plaintiff Printograph, Inc., through its attorneys, alleges as follows:

25

26                        THE PARTIES

27        1.     Plaintiff Printograph, Inc. ("Printograph" or "Plaintiff") is a

28 corporation organized under the laws of the State of California with its principal

                                                              **COMPLAINT**

1   place of business in Los Angeles County, California.

2       2.    On information and belief, defendant Brooks Palmer ("Palmer") is an

3   individual who resides in the County of Hillsborough in the State of Florida and

4   who does business under the name "PrintingInaBox.com".

5       3.    On information and belief, defendant PrintingInaBox.com is a

6   business entity form unknown which has a principal place of business in the

7   County of Hillsborough in the State of Florida.

8       4.    On information and belief, the defendants sued herein as Does 1-10

9   are individuals and entities whose names and identities are currently unknown to

10  Plaintiff and who are engaged in the acts described below.  Plaintiff will amend its

11  complaint to identify these individuals or entities as soon as their identities

12  become known.

13      5.    Plaintiff is informed and believes and, based thereon it alleges, that at

14  all times relevant to this complaint, there existed a relationship between each of

15  the defendants in the nature of a joint venture, partnership, principal and agent,

16  employer and employee, master and servant, aider and abettor, and principal

17  and/or conspirator.  Each and every act of each of the defendants was duly

18  authorized or ratified by each of the other defendants and carried out within the

19  course and scope of such relationship.  Hereafter, defendants Palmer,

20  PrintingInaBox and DOES 1-10 shall be referred to collectively as "Defendants".

21

22  **JURISDICTION AND VENUE**

23      6.    The court has original jurisdiction over this action under complaint

24  15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) in that this case arises under

25  the trademark laws of the United States, 15 U.S.C. §§ 1051, et seq.  This court also

26  has original jurisdiction over this action in that it asserts a claim for unfair

27  competition that is joined with a substantial and related trademark claim.  This

28  court has supplemental jurisdiction over the non-federal claims set forth herein

COMPLAINT

1  under 28 U.S.C. § 1367 in that those claims are so related to the federal claims that
2  they form part of the same case or controversy.

3      7.     Venue is proper in this district under 28 U.S.C. § 1391(b) in that a
4  substantial part of the events giving rise to the within claims occurred in this
5  judicial district.

6

7                        **PRINTOGRAPH'S TRADEMARKS**

8      8.     Printograph is the owner of several well-known trademarks, including
9  but not limited to, the word mark "gotprint.com" (the "Gotprint.com Mark") and a
10 mark which consists of the stylized letters "GP" in combination with the words
11 "GotPrint.com" (the "GP GotPrint.com Mark").

12     9.     Printograph has used the Gotprint.com Mark in commerce in the U.S.
13 continuously since at least May 2002 in connection with the sale and offer for sale
14 of, among other things, printing, graphic design and mailing services.

15     10.    The Gotprint.com Mark is the subject of federal trademark
16 application Serial No. 85/027,587 (the "'587 Application"), which is presently
17 pending in the U.S. Patent and Trademark Office ("PTO").

18     11.    Printograph has used the GP GotPrint.com Mark in commerce in the
19 U.S. continuously since at least February 2004 in connection with the sale and
20 offer for sale of, among other things, graphic design and advertising services.

21     12.    The GP GotPrint.com Mark is the subject of U.S. federal trademark
22 registration no. 3,488,327 ("'327 Registration"). The '327 Registration was issued
23 by the PTO on August 19, 2008 for use in connection with graphic design services
24 and amended on or about January 18, 2011. The GP GotPrint.com Mark is also
25 the subject of U.S. federal trademark registration no. 3,770,607 (the "'607
26 Registration"). The '607 Registration was issued on April 6, 2010 for use in
27 connection with advertising and marketing services and digital imaging services
28 and amended on or about January 18, 2011.

**COMPLAINT**

13.     At all times relevant to the acts complained of herein, Printograph has used the Gotprint.com Mark and the GP GotPrint.com Mark (collectively, the "GotPrint Marks") to identify Printograph's goods and services and to distinguish them from the goods and services made and sold or offered by others by, among other things, prominently displaying the marks on its Internet website and on advertising materials promoting Printograph's printing, graphic design, advertising and mailing services.

14.     The presence of the GotPrint Marks on the advertising for Printograph's services indicates to the public that services provided under those marks originate with, or are provided by, Printograph.  Printograph adheres to strict quality standards in the provision of its services.  Thus, the consuming public has come to associate the GotPrint Marks with printing and mailing services of the highest quality.  As a consequence, the GotPrint Marks have attained considerable value and the goodwill associated with them represents a valuable business asset.  Moreover, the '327 and '607 Registrations constitute prima facie evidence of the validity of the GP GotPrint.com Mark, of Printograph's ownership of that mark, and of Printograph's exclusive right to use the GP GotPrint.com Mark in connection with the goods specified in those registrations.

## THE DEFENDANTS' ACTIVITIES

15.     Printograph is informed and believes, and based thereon it alleges, that the Defendants are offering to provide and providing in the United States services that are the same as, or are closely related to, Printograph's services, namely, printing, graphic design and mailing services, and that the Defendants are using marks, words and symbols in connection with those services that are identical to, or are confusingly similar to, the GotPrint Marks, including the term "Gotprinting.com" and the Internet domain name "gotprinting.com".  The

1   Defendants purposefully direct their activities to persons within this judicial

2   district using, among other methods, an Internet website, through which the

3   Defendants solicit persons within this judicial district to purchase the Defendants'

4   services, to establish accounts for the purpose of purchasing the Defendants'

5   products or services, to secure price quotes for the Defendants' products or

6   services and to request the shipment into this judicial district of samples of the

7   Defendants' products.

8       16.    Printograph is informed and it believes, and based thereon it alleges,

9   that at the time Defendants adopted their marks, words and symbols, they were

10  familiar with Printograph, with the GotPrint Marks, and with the nature and

11  quality of Printograph's services.  In the alternative, on or about September 1,

12  2010, Printograph sent the Defendants a letter putting them on notice of

13  Printograph's rights in and to the GotPrint Marks and its use of those marks.

14  Based upon the foregoing, Printograph further alleges that, by adopting and using

15  their marks, or alternatively, by continuing to use their marks after having received

16  actual notice of Printograph's prior rights, Defendants are attempting to usurp for

17  themselves the goodwill that Printograph has built up in the GotPrint Marks.

18

19  ### FIRST CLAIM FOR RELIEF

20  **(By Printograph Against All Defendants for Trademark
    Infringement Under 15 U.S.C. § 1114(1))**

21

22      17.    Printograph repeats and re-alleges paragraphs 1 through 16, as though

23  fully set forth in this paragraph.

24      18.    The GotPrint Marks are owned by Printograph and Printograph has

25  continuously used the GP GotPrint.com Mark since at least February 2004.

26  Printograph has never authorized or consented to the Defendants' use of any mark

27  which is the same as, is confusingly similar to, or constitutes a colorable imitation

28  of, the GP GotPrint.com Mark in commerce in connection with their products or

1   services.

2       19.    Defendants' actions, as alleged above, are likely to cause confusion,

3   mistake or deception in violation of Section 32(1) of the Lanham Act, 15 U.S.C.

4   § 1114(1).

5       20.    Printograph is informed and it believes and, based thereon it alleges

6   that the Defendants' acts have been undertaken with full knowledge of

7   Printograph's rights in and to the GP GotPrint.com Mark and with the willful and

8   deliberate intent to cause confusion, mistake and deception among members of the

9   relevant public and to trade on the goodwill associated with the GP GotPrint.com

10   Mark.

11       21.    By reason of Defendants' acts, as alleged herein, Printograph has

12   suffered damage to its business, reputation and goodwill and the loss of profits and

13   sales it would have made but for Defendants' conduct.

14       22.    Defendants' acts have caused and will continue to cause irreparable

15   and immediate injury to Printograph for which Printograph has no adequate

16   remedy at law.  Unless Defendants are restrained by this Court from continuing

17   their unauthorized use of marks, words and symbols that are confusingly similar to

18   the GP GotPrint.com Marks, these injuries will continue to occur.

19

20   **SECOND CLAIM FOR RELIEF**

21   **(By Printograph Against All Defendants for False
    Designation of Origin Under 15 U.S.C. § 1125(a))**

22

23       23.    Printograph repeats and re-alleges paragraphs 1 through 16, as though

24   fully set forth in this paragraph.

25       24.    The GotPrint Marks are owned by Printograph and Printograph has

26   continuously used the GotPrint Marks for many years.  Printograph has never

27   authorized or consented to the Defendants' use of these marks or of any similar

28   marks in connection with their products or services.

    **COMPLAINT**

25.     Defendants' actions, as alleged above, are likely to cause confusion, mistake or deception as to the affiliation, connection or association of the Defendants with Printograph, or as to the origin, sponsorship or approval of Defendants' products or services by Printograph in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

26.     Printograph is informed and it believes and, based thereon it alleges that the Defendants' acts have been undertaken with full knowledge of Printograph's rights in and to the GotPrint Marks and with the willful and deliberate intent to cause confusion, mistake and deception among members of the relevant public and to trade on the goodwill associated with the GotPrint Marks.

27.     By reason of Defendants' acts, as alleged herein, Printograph has suffered damage to its business, reputation and goodwill and the loss of profits and sales it would have made but for Defendants' conduct.

28.     Defendants' acts have caused and will continue to cause irreparable and immediate injury to Printograph for which Printograph has no adequate remedy at law.  Unless Defendants are restrained by this Court from continuing their unauthorized use of marks, words and symbols that are confusingly similar to the GotPrint Marks, these injuries will continue to occur.

### THIRD CLAIM FOR RELIEF

**(By Printograph Against All Defendants for Common Law Trademark Infringement)**

29.     Printograph repeats and re-alleges paragraphs 1 through 16 and 24 through 28, as though fully set forth in this paragraph.

30.     By reason of Defendants' acts, as alleged herein, Printograph has suffered damage to its business, reputation and goodwill and the loss of profits and sales it would have made but for Defendants' conduct.

31.     The above-described acts of Defendants constitute common law

COMPLAINT

1  trademark infringement.  Such acts have caused and will continue to cause

2  irreparable and immediate injury to Printograph for which Printograph has no

3  adequate remedy at law.  Unless Defendants are restrained by this Court from

4  continuing the acts alleged herein, these injuries will continue to occur.

5       32.    On information and belief, the foregoing acts of the Defendants are

6  oppressive, fraudulent, willful and malicious in that they have been undertaken

7  with a conscious disregard of Printograph's rights and with a desire to injure

8  Printograph's business and to improve their own.

9

10  **FOURTH CLAIM FOR RELIEF**

11  **(By Printograph Against All Defendants for Unfair**
   **Competition, Cal. Bus. & Prof. Code § 17200)**

12

13       33.    Printograph repeats and re-alleges paragraphs 1 through 16, 20 and

14  22 through 24, as though fully set forth in this paragraph.

15       34.    The above-described acts of Defendants constitute unfair competition

16  within the meaning of California Business and Professions Code section 17200.

17  Such acts have caused and will continue to cause irreparable and immediate injury

18  to Printograph for which Printograph has no adequate remedy at law.  Unless

19  Defendants are restrained by this Court from continuing the acts alleged herein,

20  these injuries will continue to occur.

21

22  **FIFTH CLAIM FOR RELIEF**

23  **(By Printograph Against All Defendants**
   **for Common Law Unfair Competition)**

24

25       35.    Printograph repeats and re-alleges paragraphs 1 through 14, 24

26  through 28 and 30 through 32, as though fully set forth in this paragraph.

27       36.    By reason of Defendants' acts, as alleged herein, Printograph has

28  suffered damage to its business, reputation and goodwill and the loss of profits and

COMPLAINT

1  sales it would have made but for Defendants' conduct.

2      37.  The above-described acts of Defendants constitute common law

3  unfair competition in that Defendants are attempting to pass off their goods and

4  services as those of Printograph.  Such acts have caused and will continue to cause

5  irreparable and immediate injury to Printograph for which Printograph has no

6  adequate remedy at law.  Unless Defendants are restrained by this Court from

7  continuing the acts alleged herein, these injuries will continue to occur.

8      38.  On information and belief, the foregoing acts of the Defendants are

9  oppressive, fraudulent, willful and malicious in that they have been undertaken

10  with a conscious disregard of Printograph's rights and with a desire to injure

11  Printograph's business and to improve their own.

12

13  **<u>PRAYER FOR RELIEF</u>**

14      WHEREFORE, Printograph prays for relief as follows:

15      1.  For an order permanently enjoining Defendants and their officers,

16  agents, employees, and all those acting in concert or conspiracy with them from:

17          a.  Using any mark or designation that makes use of the term

18  "gotprinting.com", whether alone or in combination with other words, characters

19  or symbols in connection with the sale, offer for sale, promotion or advertising of

20  any products and/or services that are the same as, or are related to, Printograph's

21  services;

22          b.  Instructing or directing any third parties to prepare print

23  advertising, flyers, containers, labels or packaging bearing the term

24  "gotprinting.com", whether alone or in combination with other words, characters

25  or symbols;

26          c.  Imitating, copying, making unauthorized use of, or otherwise

27  infringing, Plaintiff's rights in and to the GotPrint Marks;

28      2.  For an order directing Defendant to deliver up for destruction all

COMPLAINT

1  products, labels, boxes, signs, prints, packages, wrappers, and artwork in its

2  possession, or under its control, bearing or intended to bear the term

3  "gotprinting.com" whether alone or in combination with other words, characters or

4  symbols;

5        3.      For a finding that the Defendants' acts were willful within the

6  meaning of 15 U.S.C. § 1117(c)(2);

7        4.      For a monetary award in favor of Printograph in an amount equal to

8  (i) Printograph's actual damages and (ii) to the extent not included in actual

9  damages, the Defendants' profits arising from the acts alleged above, such

10 damages and profits to be trebled under 15 U.S.C. § 1117(a);

11       5.      For an award of pre-judgment interest and post-judgment interest in

12 the maximum amount permitted by law;

13       6.      For a finding that this is an exceptional case within the meaning of,

14 and for an award of attorneys' fees pursuant to,  15 U.S.C. § 1117(a);

15       7.      For a finding that the Defendants' acts were undertaken intentionally,

16 maliciously and/or with a reckless and wanton disregard of Plaintiff's common

17 law trademark rights and for an award of exemplary damages pursuant to

18 California Civil Code section 3295 in an amount sufficient to punish, deter, and

19 make an example of Defendants for the acts complained of herein;

20       8.      For an award of costs under 15 U.S.C. § 1117(a), or as otherwise

21 provided by law; and

22       9.      For such other and further relief as the court deems just and proper.

23

24 Dated: January 26 , 2011            SHELDON MAK & ANDERSON PC

25                                     By: _Douglas H. Morseburg_

26                                         Douglas H. Morseburg

27                                     Attorneys for Plaintiff Printograph, Inc.

28

- 10 -                                                    COMPLAINT

1

## REQUEST FOR JURY TRIAL

2  Plaintiff Printograph, Inc. hereby requests a trial by jury of all issues raised

3  by the complaint that are properly triable to a jury.

4

5  Dated: January 26, 2011

SHELDON MAK & ANDERSON PC

6

By: _Douglas H. Morseburg_

7  Douglas H. Morseburg

8  Attorneys for Plaintiff Printograph, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

## CV11- 823 ODW (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.


All discovery related motions should be noticed on the calendar of the Magistrate Judge


========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |


Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY



Name & Address:
Douglas H. Morseburg (SBN 126205)
Jeffrey G. Sheldon (SBN 67516)
SHELDON MAK & ANDERSON PC
100 Corson Street, Third Floor
Pasadena, California 91103-3842   T: (626) 796-4000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PRINTOGRAPH, INC., a California corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>BROOKS PALMER, an individual;<br>PRINTINGINABOX.COM, a business entity form<br>unknown; and DOES 1 through 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV11  0823  ODW (Ex)**<br><br><br>**SUMMONS** |
|---|---|

TO:   DEFENDANT(S): BROOKS PALMER, an individual; PRINTINGINABOX.COM, a business entity
        form unknown; and DOES 1 through 10, inclusive

       A lawsuit has been filed against you.

       Within __21__ days after service of this summons on you (not counting the day you received it), you
must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint
☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer
or motion must be served on the plaintiff's attorney, Douglas H. Morseburg_____, whose address is
Sheldon Mak & Anderson PC, 100 Corson St., Third Flr., Pasadena, CA  91103-3842_____.  If you fail to do so,
judgment by default will be entered against you for the relief demanded in the complaint.  You also must file
your answer or motion with the court.


                                                    Clerk, U.S. District Court


Dated: January **27** , 2011                    By: _____
                                                        CHRISTOPHER POWERS

                                                        Deputy Clerk

                                                        (Seal of the Court)


[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed
60 days by Rule 12(a)(3)].

---

CV-01A (12/07)                                    SUMMONS



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| **I (a) PLAINTIFFS** (Check box if you are representing yourself □) | **DEFENDANTS** |
|---|---|
| PRINTOGRAPH, INC., a California corporation | BROOKS PALMER, an individual; PRINTINGINABOX.COM, a business entity form unknown; and DOES 1 through 10, inclusive |

| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| SHELDON MAK & ANDERSON PC<br>100 Corson Street, Third Floor<br>Pasadena, CA  91103-3842   Tel.: (626) 796-4000 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

□ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

□ 2 U.S. Government Defendant    □ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business in this State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   □ 2 Removed from State Court   □ 3 Remanded from Appellate Court   □ 4 Reinstated or Reopened   □ 5 Transferred from another district (specify):   □ 6 Multi-District Litigation   □ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  □ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** □ Yes ☑ No     ☑ **MONEY DEMANDED IN COMPLAINT: $** TBD

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. 1051, et seq.; 1121; and 28 U.S.C. 1331 and 1338(a) - trademark infringement; false designation of origin; statutory and common law unfair competition

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|---|
| □ 400 State Reapportionment | □ 110 Insurance | □ 310 Airplane | □ 370 Other Fraud | □ 510 Motions to Vacate Sentence Habeas Corpus | □ 710 Fair Labor Standards Act |
| □ 410 Antitrust | □ 120 Marine | □ 315 Airplane Product Liability | □ 371 Truth in Lending | □ 530 General | □ 720 Labor/Mgmt. Relations |
| □ 430 Banks and Banking | □ 130 Miller Act | □ 320 Assault, Libel & Slander | □ 380 Other Personal Property Damage | □ 535 Death Penalty | □ 730 Labor/Mgmt. Reporting & Disclosure Act |
| □ 450 Commerce/ICC Rates/etc. | □ 140 Negotiable Instrument | □ 330 Fed. Employers' Liability | □ 385 Property Damage Product Liability | □ 540 Mandamus/Other | □ 740 Railway Labor Act |
| □ 460 Deportation | □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 340 Marine | BANKRUPTCY | □ 550 Civil Rights | □ 790 Other Labor Litigation |
| □ 470 Racketeer Influenced and Corrupt Organizations | □ 151 Medicare Act | □ 345 Marine Product Liability | □ 422 Appeal 28 USC 158 | □ 555 Prison Condition | □ 791 Empl. Ret. Inc. Security Act |
| □ 480 Consumer Credit | □ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | □ 350 Motor Vehicle | □ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| □ 490 Cable/Sat TV | | □ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | □ 610 Agriculture | □ 820 Copyrights |
| □ 810 Selective Service | □ 153 Recovery of Overpayment of Veteran's Benefits | □ 360 Other Personal Injury | □ 441 Voting | □ 620 Other Food & Drug | □ 830 Patent |
| □ 850 Securities/Commodities/Exchange | □ 160 Stockholders' Suits | □ 362 Personal Injury-Med Malpractice | □ 442 Employment | □ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| □ 875 Customer Challenge 12 USC 3410 | □ 190 Other Contract | □ 365 Personal Injury-Product Liability | □ 443 Housing/Accommodations | □ 630 Liquor Laws | SOCIAL SECURITY |
| □ 890 Other Statutory Actions | □ 195 Contract Product Liability | □ 368 Asbestos Personal Injury Product Liability | □ 444 Welfare | □ 640 R.R. & Truck | □ 861 HIA (1395ff) |
| □ 891 Agricultural Act | □ 196 Franchise | IMMIGRATION | □ 445 American with Disabilities - Employment | □ 650 Airline Regs | □ 862 Black Lung (923) |
| □ 892 Economic Stabilization Act | REAL PROPERTY | □ 462 Naturalization Application | □ 446 American with Disabilities - Other | □ 660 Occupational Safety /Health | □ 863 DIWC/DIWW (405(g)) |
| □ 893 Environmental Matters | □ 210 Land Condemnation | □ 463 Habeas Corpus-Alien Detainee | □ 440 Other Civil Rights | □ 690 Other | □ 864 SSID Title XVI |
| □ 894 Energy Allocation Act | □ 220 Foreclosure | □ 465 Other Immigration Actions | | | □ 865 RSI (405(g)) |
| □ 895 Freedom of Info. Act | □ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| □ 900 Appeal of Fee Determination Under Equal Access to Justice | □ 240 Torts to Land | | | | □ 870 Taxes (U.S. Plaintiff or Defendant) |
| □ 950 Constitutionality of State Statutes | □ 245 Tort Product Liability | | | | □ 871 IRS-Third Party 26 USC 7609 |
| | □ 290 All Other Real Property | | | | |

**CV11 0823**

| FOR OFFICE USE ONLY:   Case Number: _____ |
|---|

### AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Florida as to BROOKS PALMER;<br>Florida as to PRINTINGINABOX.COM |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Douglas L. Morseburg_   Date January 27, 2011

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |